United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PAGE, | No. C 08-5707 MHP (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| C. ACOSTA, | |
| Defendant. | |

    Plaintiff filed a "request for order to discharge civil action against defendant" in which he stated that he "extinguish[ed] any and all claims against the defendant, Acosta with termination of civil action CV-08-5707 MHP." Defendant Acosta is the only defendant in this action. The court construes the request to be a request for a voluntary dismissal and GRANTS it. (Docket # 28.) Defendant's motion to dismiss and for summary judgment is DENIED as moot. (Docket # 18.)

    This action is dismissed. The clerk shall close the file.

    IT IS SO ORDERED.

Dated: December 1, 2009

                                                Marilyn Hall Patel
                                                United States District Judge