UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON PAGE,

        Plaintiff,

  v.

C. ACOSTA,

        Defendant.
                                  /

No. C 08-5707 MHP (pr)

**ORDER**

        This action was voluntarily dismissed in December 2009. Plaintiff has filed a "request for the return of case filings, motion and all exhibits." (Docket # 31.) The request is DENIED. Once the documents were filed, they became part of the public record and will remain there. If plaintiff wants copies of any document he filed in this action, he must order photocopies of same and pay the photocopying charges for whatever document(s) he wants copied.

        Plaintiff has sent a letter asking the court to explain in more detail the basis for statements in its order upon initial review. The request is DENIED. (Docket # 32.) The court generally does not amplify on orders in closed cases. In any event, it would be a waste of judicial resources to do so here because it would be obvious to any reasonable person reading the order upon initial review that the statement plaintiff inquires about was a recitation of what was in his pleading and was not a finding by the court.

        IT IS SO ORDERED.

Dated: 4/22/2011

                                                  Marilyn Hall Patel
                                                  United States District Judge